1  JEFFER, MANGELS, BUTLER & MARMARO LLP
   PAUL L. WARNER (Bar No. 54757)
2  Two Embarcadero Center, Fifth Floor
   San Francisco, California 94111-3824
3  Telephone:   (415) 398-8080
   Facsimile:   (415) 398-5584
4
   Attorneys for Defendants Forever 21, Inc.,
5  Forever 21 Retail, Inc., Forever 21
   Logistics, LLC, and Forever XXI, Inc.
6

7

8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12 | bebe stores, inc., a California corporation; and | CASE NO.   C 07 0035 MJJ |
   | bebe studio, inc., a California corporation,     |                           |
13 |                                                  | **PROOF OF SERVICE RE:**  |
   |                Plaintiffs,                       |                           |
14 |                                                  | **ANSWER OF DEFENDANTS FOREVER 21, INC., FOREVER 21 RETAIL, INC., FOREVER 21 LOGISTICS, LLC, AND FOREVER XXI, INC.** |
   |        v.                                        |                           |
15 |                                                  |                           |
   | Forever 21, Inc., a Delaware corporation;        |                           |
16 | Forever 21 Retail, Inc., a California            |                           |
   | corporation; Forever 21 Logistics, LLC, a        |                           |
17 | Delaware limited liability company; and          |                           |
   | Forever XXI, Inc., a California corporation,     |                           |
18 |                                                  |                           |
   |                Defendants.                       |                           |
19

20

21

22                       **PROOF OF SERVICE**

23

24

25

26

27

28

PRINTED ON
RECYCLED PAPER

MS Word EAP SF  556308v1  64883-0001  2/22/07

Proof of Service Re: Answer  Case No. 07-0035 MJJ

Dockets.Justia.com

# PROOF OF SERVICE

**STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO**

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is: Two Embarcadero Center, 5th Floor, San Francisco, California 94111.

On February 22, 2007 I served the document(s) described as **ANSWER OF DEFENDANTS FOREVER 21, INC., FOREVER 21 RETAIL, INC., FOREVER 21 LOGISTICS, LLC, AND FOREVER XXI, INC. TO COMPLAINT FOR COPYRIGHT INFRINGMENT** in this action by placing the true copies thereof enclosed in sealed envelopes addressed as follows:

**Sean K. McEleney, Esq.**
**Bryan Cave LLP**
**Two No. Centyral Avenue, Suite 2200**
**Phoenix, AZ 85004-4406**
**skmcelenney@bryancave.com**

☒ (BY MAIL) I am "readily familiar" with the firm's practice for collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (BY FAX) At        , I transmitted, pursuant to Rules 2001 et seq., the above-described document by facsimile machine (which complied with Rule 2003(3)), to the above-listed fax number(s). The transmission originated from facsimile phone number (415) 398-5584 and was reported as complete and without error. The facsimile machine properly issued a transmission report, a copy of which is attached hereto.

☐ (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.

☐ (BY OVERNIGHT DELIVERY) I caused said envelope(s) to be delivered overnight via an overnight delivery service in lieu of delivery by mail to the addressee(s).

Executed on February 22, 2007 at San Francisco, California.

☒ (BY ELECTRONIC SERVICE TRANSMISSION) , I served a copy of the above-listed document to the email address of the addressee by use of email as identified and maintained therein.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

/s/ Angela Pereira

Angela Pereira

MS Word EAP SF  556308v1  64883-0001  2/22/07

- 2 -

Proof of Service Re: Answer   Case No. 07-0035 MJJ