JEFFER, MANGELS, BUTLER & MARMARO LLP
PAUL L. WARNER (Bar No. 54757)
J.T. WELLS BLAXTER (Bar No. 190222)
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3824
Telephone:    (415) 398-8080
Facsimile:    (415) 398-5584

Attorneys for Defendants Forever 21, Inc.,
Forever 21 Retail, Inc., Forever 21
Logistics, LLC, and Forever XXI, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| bebe stores, inc., a California corporation; and bebe studio, inc., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Forever 21, Inc., a Delaware corporation; Forever 21 Retail, Inc., a California corporation; Forever 21 Logistics, LLC, a Delaware limited liability company; and Forever XXI, Inc., a California corporation,<br><br>Defendants. | CASE NO.    C 07 0035 MJJ<br><br>**CERTIFICATION OF INTERESTED PARTIES OR ENTITIES**<br><br>Judge:    Hon. Martin J. Jenkins |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that, as of this date, other than the names parties, there is no such interest to report.

DATED: March 21, 2007    JEFFER, MANGELS, BUTLER & MARMARO LLP
                         J.T. WELLS BLAXTER


                         By: /s/ J.T. Wells Blaxter
                                J.T. WELLS BLAXTER
                         Attorneys for Defendants Forever 21, Inc., Forever 21
                         Retail, Inc., Forever 21 Logistics, LLC, and Forever
                         XXI, Inc.