UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BEBE STORES, INC. et al
        Plaintiff(s),

Case No. C 07 00035 MJJ

ADR CERTIFICATION BY PARTIES
AND COUNSEL

v.

FOREVER 21, INC. et al.
        Defendant(s).
_____/

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: March 20, 2007

[Party]
Young Kwon

Dated: March 20, 2007

[Counsel]
Paul L. Warner

American LegalNet, Inc.
www.USCourtForms.com

Rev. 12/05