| | |
|---|---|
| 1 | BRYAN CAVE LLP |
| 2 | Sean K. McElenney, 160988 |
| | Two N. Central Avenue, Suite 2200 |
| 3 | Phoenix, AZ 85004-4406 |
| | Telephone: (602) 364-7000 |
| 4 | Facsimile: (602) 364-7070 |
| 5 | Email: skmcelenney@bryancave.com |

6　Attorney for Plaintiffs
7　bebe stores, inc. and bebe studio, inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| bebe stores, inc., a California corporation; and bebe studio, inc., a California corporation, | Case No. C07 0035 MJJ |
| Plaintiffs, | **REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE** |
| vs. | Judge:　Hon. Martin J. Jenkins |
| forever 21, Inc., a Delaware corporation; forever 21 Retail, Inc., a California corporation; forever 21 Logistics, LLC, a Delaware limited liability company; and forever XXI, Inc., a California corporation, | |
| Defendants. | |

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA 85004-4406
(602) 364-7000

Pursuant to Rule 16-10 of the Civil Local Rules of the United States District Court for the Northern District of California, Plaintiffs bebe stores, inc. and bebe studio, inc. (collectively "bebe"), by and through their counsel of record, request to participate by telephone in the case management conference in the above-entitled case currently scheduled for April 10, 2007, at 2:00 p.m.

| 575166.1/0202261 | 1 | **REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE** |

Dockets.Justia.com

| | | |
|---|---|---|
| 1 | DATED: April 2, 2007 | BRYAN CAVE LLP |

By    /s/ S.K. McElenney
Sean K. McElenney
Two N. Central Avenue, Suite 2200
Phoenix, AZ 85004-4406

Attorney for Plaintiffs
bebe stores, inc. and bebe studio, inc.

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA 85004-4406
(602) 364-7000

575166.1/0202261    2    **REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**