1  BRYAN CAVE LLP
   Sean K. McElenney, 160988
2  Two N. Central Avenue, Suite 2200
3  Phoenix, AZ 85004-4406
   Telephone: (602) 364-7000
4  Facsimile: (602) 364-7070
   Email: skmcelenney@bryancave.com
5

6  Attorney for Plaintiffs
   bebe stores, inc. and bebe studio, inc.
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| bebe stores, inc., a California corporation; and bebe studio, inc., a California corporation,<br><br>    Plaintiffs,<br><br>vs.<br><br>forever 21, Inc., a Delaware corporation; forever 21 Retail, Inc., a California corporation; forever 21 Logistics, LLC, a Delaware limited liability company; and forever XXI, Inc., a California corporation,<br><br>    Defendants. | Case No. C07 0035 MJJ<br><br>**REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**<br><br>Judge:   Hon. Martin J. Jenkins |

Pursuant to Rule 16-10 of the Civil Local Rules of the United States District Court for the Northern District of California, Plaintiffs bebe stores, inc. and bebe studio, inc. (collectively "bebe"), by and through their counsel of record, request to participate by telephone in the case management conference in the above-entitled case currently scheduled for April 10, 2007, at 2:15 p.m.

---

575166.1/0202261 | 1 | **REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**

Dockets.Justia.com

1 | DATED: April 2, 2007      BRYAN CAVE LLP

                                    By   /s/ S.K. McElenney
                                        Sean K. McElenney
                                        Two N. Central Avenue, Suite 2200
                                        Phoenix, AZ  85004-4406

                                        Attorney for Plaintiffs
                                        bebe stores, inc. and bebe studio, inc.

Both parties shall appear telephonically.  Plaintiff's counsel to initial the phone call promptly at 2:15 PM.



IT IS SO ORDERED
Judge Martin J. Jenkins
04/04/07
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA