IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

**HONORABLE MARTIN J. JENKINS**          Courtroom Clerk: **Edward Butler**

DATE: **April 10, 2007**                 Court reporter: **Not Reported**

Case Number:  **C 07-0035 MJJ**          Time in Court: 2:14 – 2:27  p.m.

Case Name:    **Bebe Stores, Inc.,et al. v. Forever 21, Inc., et al.**

COUNSEL FOR PLAINTIFF(S):                COUNSEL FOR DEFENDANT(S):
**Sean McElenney    (by telephone)**     **Wells Blaxter (by telephone)**

PROCEEDINGS:
( ) Status Conference    ( )P/T Conference    (X) Telephonic Initial Case Management Conference

ORDERED AFTER HEARING:
1. The parties are directed to meet and confer by **5/4/07** re: the preemption issue and provide by the close of business that day an indication if an agreement has been reached; if not, the motion regarding the issue should be filed on that date and noticed properly under the Local Rules.

2. Discovery limits are:15 depositions per side; 35 interrogatories, and requests for production, per side.


ORDER TO BE PREPARED BY:    Plntf ()  Deft ()  Court (X)

Referred to Magistrate Judge   **Joseph C. Spero**   For:  **Settlement Conference**  by  **July 2008.**

CASE CONTINUED TO: **12/11/07 at 2:00 p.m.**  for **Further Status Conference**

Discovery Cut-Off:  **3/28/08**          Expert Discovery Cut-Off: **5/9/08**

Parties to Name Experts by: **4/11/08**  Expert Reports to be Tendered by: **4/18/08**

Designation of Supplemental/Rebuttal Experts: **5/2/08**     Reports:   **5/2/08**

Dispositive Motion shall be heard by: **6/3/08,** at **9:30 a.m.**

Pre-Trial Conference Date : **8/26/08**   at 3:30 p.m.

Trial Date:    **9/8/08** at 8:30 a.m.   Set for **10 days**
               Type of Trial:  (X )Jury     ( )Court

Notes: 3 expert per side.

cc:    Wings Hom (referrals)
       Karen Hom (JCS)