# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# <u>CIVIL MINUTE ORDER</u>

CASE NO.:   <u>C-07-00035 MMJ (JCS)</u>

CASE NAME:   <u>bebe stores, inc., et al. v. Forever 21, Inc., et al.</u>

MAGISTRATE JUDGE JOSEPH C. SPERO          CLERK: Mary Macudzinski-Gomez

DATE:  <u>4/23/2007</u>           TIME:  <u>.25 hr.</u>          COURT REPORTER: <u>not reported</u>

<u>COUNSEL FOR PLAINTIFF(S):</u>                <u>COUNSEL FOR DEFENDANT(S):</u>

Sean K. McElenney                          Paul L. Warner

---

### **PROCEEDINGS**

☐   SETTLEMENT CONFERENCE          ☐   FURTHER SETTLEMENT CONFERENCE

☐   DISCOVERY CONFERENCE

☐   STATUS CONFERENCE RE:

X   TELEPHONIC CONFERENCE RE:   <u>SCHEDULING</u>

☐   OTHER:

CASE CONTINUED TO:                         FOR

NOTES:

A Telephonic Scheduling Conference was held. A Further Telephonic Scheduling Conference will be held on August 10, 2007, at 1:30 p.m.