UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEBE STORES INC., ET AL., | No. C-07-00035 MJJ (JCS) |
| Plaintiff(s), | |
| v. | **NOTICE AND ORDER SETTING FURTHER TELEPHONIC SCHEDULING CONFERENCE** |
| FOREVER 21 INC., ET AL., | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that a Further Telephonic Scheduling Conference (with counsel only) has been set for **August 10, 2007, at 1:30 p.m.**, to discuss and determine an appropriate date for a Settlement Conference in this matter.

Chambers staff will initiate the teleconference.

IT IS SO ORDERED.

Dated: April 25, 2007

JOSEPH C. SPERO
United States Magistrate Judge