BRYAN CAVE LLP
Sean K. McElenney, 160988
Two N. Central Avenue, Suite 2200
Phoenix, AZ 85004-4406
Telephone: (602) 364-7000
Facsimile: (602) 364-7070
Email: skmcelenney@bryancave.com

Attorney for Plaintiffs
bebe stores, inc. and bebe studio, inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| bebe stores, inc., a California corporation; and bebe studio, inc., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>forever 21, Inc., a Delaware corporation; forever 21 Retail, Inc., a California corporation; forever 21 Logistics, LLC, a Delaware limited liability company; and forever XXI, Inc., a California corporation,<br><br>Defendants. | Case No. C07 0035 MJJ<br><br>**NOTICE OF SERVICE OF PLAINTIFFS' FIRST REQUEST FOR ADMISSIONS TO DEFENDANTS**<br><br>Judge:   Hon. Martin J. Jenkins |

Bebe stores, inc. and bebe studio, inc., by and through undersigned counsel, served by first-class mail Plaintiffs' First Request for Admissions to Defendants.

DATED:   May 3, 2007      BRYAN CAVE LLP

By   /s/ S.K. McElenney
Sean K. McElenney
Two N. Central Avenue, Suite 2200
Phoenix, AZ 85004-4406

Attorney for Plaintiffs
bebe stores, inc. and bebe studio, inc.

---

577412.1/0202261 | 1 | NOTICE OF SERVICE OF PLAINTIFFS' FIRST REQUEST FOR ADMISSIONS TO DEFENDANTS

# PROOF OF SERVICE

**STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO**

I am employed in the County of Maricopa, State of Arizona. I am over the age of 18 and not a party to the within action. My business address is Two N. Central Avenue, Suite 2200, Phoenix, AZ 85004-4406.

On May 3, 2007, I served the foregoing document, described as Notice of Service of Plaintiffs' First Request for Admissions to Defendants on each interested party in this action, as follows:

> Paul L. Warner, Esq.
> J.T. Wells Blaxter, Esq.
> Jeffer, Mangels, Butler & Marmaro LLP
> Two Embarcadero Center, Fifth Floor
> San Francisco, CA 94111-3824
> Attorneys for Defendants

☐ (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.

☒ (BY MAIL) I placed a true copy of the foregoing document in a sealed envelope addressed to each interested party as set forth above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Bryan Cave LLP, Phoenix, AZ. I am readily familiar with Bryan Cave LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

☐ (BY FEDERAL EXPRESS) I deposited in a box or other facility maintained by Federal Express, an express carrier service, or delivered to a courier or driver authorized by said express carrier service to receive documents, a true copy of the foregoing document, in an envelope designated by said express service carrier, with delivery fees paid or provided for.

☐ (BY FAX) I caused a true copy of the foregoing document to be served by facsimile transmission at the time shown on each attached transmission report from sending facsimile machine telephone number (602) 364-7070 to each interested party at the facsimile number shown above. Each transmission was reported as complete and without error. A transmission report was properly issued by the sending facsimile machine for each interested party served. A true copy of each such transmission report is attached hereto.

Executed on May 3, 2007, at Phoenix, Arizona.

I declare under penalty of perjury under the laws of the United States of America and the state of California that the foregoing is true and correct.

s/Cathy Russell

577412.1/0202261 — 2 — NOTICE OF SERVICE OF PLAINTIFFS' FIRST REQUEST FOR ADMISSIONS TO DEFENDANTS