1
2    BRYAN CAVE LLP
     Sean K. McElenney, 160988
3    George C. Chen, 019704
     Two N. Central Avenue, Suite 2200
4    Phoenix, AZ 85004-4406
     Telephone: (602) 364-7000
5    Facsimile: (602) 364-7070
     Email: skmcelenney@bryancave.com
6
7    Attorney for Plaintiffs
     bebe stores, inc. and bebe studio, inc.
8

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11
12   bebe stores, inc., a California corporation; and       Case No. C07 0035 MJJ
     bebe studio, inc., a California corporation,
13                                                           **STIPULATION**
                    Plaintiffs,
14                                                           Judge:     Hon. Martin J. Jenkins
15              vs.

16   forever 21, Inc., a Delaware corporation;
     forever 21 Retail, Inc., a California
17   corporation; forever 21 Logistics, LLC, a
     Delaware limited liability company; and
18   forever XXI, Inc., a California corporation,

19                   Defendants.
20

21        At the initial case management conference held on April 10, 2007, the parties

22   discussed with the Court a potential need for motion practice related to defendants'

23   assertion that the Copyright Act preempts bebe's unfair competition claim. The Court

24   directed the parties to meet and confer and, if the legal issue between them could not be

25   resolved, for forever 21 to file a motion by May 4, 2007.

26        The parties have met and conferred on the unfair competition preemption issue.

27   Although the parties have not agreed on the issue, they have stipulated and agreed to bebe

28   filing a first amended complaint no later than May 18, 2007. Thereafter, the parties shall

     meet and confer regarding the unfair competition preemption issue and any other issues.

     forever 21 shall file its motion regarding preemption by June 8, 2007.

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA 85004-4406
(602) 364-7000

1    DATED:        May 4, 2007

2    BRYAN CAVE LLP                          JEFFER, MANGELS, BUTLER &
                                             MARMARO LLP
3
     By____/s/ S.K. McElenney_____
4       Sean K. McElenney                    By____/s/ J.T. Wells Blaxter_____
        George C. Chen                          J.T. Wells Blaxter
5       Two N. Central Avenue, Suite 2200       Two Embarcadero Center, Fifth Floor
        Phoenix, AZ  85004-4406                 San Francisco, CA  94111-3824
6

7       Attorney for Plaintiffs                 Attorneys for Defendants
        bebe stores, inc. and bebe studio, inc.
8

9

10

11                           **<u>PROPOSED ORDER</u>**

12           Pursuant to the parties' stipulation,

13           IT IS HEREBY ORDERED that bebe shall file its first amended complaint by

14   May 18, 2007;

15           IT IS FURTHER ORDERED that the parties shall meet and confer regarding

16   unfair competition preemption issue and any other appropriate issues;

17           IT IS FURTHER ORDERED that forever 21 shall file its motion regarding unfair

18   competition preemption, if appropriate, by June 8, 2007.

19           DONE IN OPEN COURT this _____ day of May, 2007.

20

21

22                                _____

23                                Martin J. Jenkins

24

25

26

27

28

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA 85004-4406
(602) 364-7000

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO**

I am employed in the County of Maricopa, State of Arizona. I am over the age of 18 and not a party to the within action. My business address is Two N. Central Avenue, Suite 2200, Phoenix, AZ 85004-4406.

On May 4, 2007, I served the foregoing document, described as Stipulation and [Proposed] Order on each interested party in this action, as follows:

> Paul L. Warner, Esq.
> J.T. Wells Blaxter, Esq.
> Jeffer, Mangels, Butler & Marmaro LLP
> Two Embarcadero Center, Fifth Floor
> San Francisco, CA 94111-3824
> Attorneys for Defendants

☐  (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.

☒  (BY MAIL)  I placed a true copy of the foregoing document in a sealed envelope addressed to each interested party as set forth above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Bryan Cave LLP, Phoenix, AZ. I am readily familiar with Bryan Cave LLP's practice for collection and processing of correspondence  for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

☐  (BY FEDERAL EXPRESS)  I deposited in a box or other facility maintained by Federal Express, an express carrier service, or delivered to a courier or driver authorized by said express carrier service to receive documents, a true copy of the foregoing document, in an envelope designated by said express service carrier, with delivery fees paid or provided for.

☐  (BY FAX) I caused a true copy of the foregoing document to be served by facsimile transmission at the time shown on each attached transmission report from sending facsimile machine telephone number (602) 364-7070 to each interested party at the facsimile number shown above. Each transmission was reported as complete and without error.  A transmission report was properly issued by the sending facsimile machine for each interested party served. A true copy of each such transmission report is attached hereto.

Executed on May 4, 2007, at Phoenix, Arizona.

I declare under penalty of perjury under the laws of the United States of America and the state of California that the foregoing is true and correct.

_____
s/Cathy Russell
Cathy Russell

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA 85004-4406
(602) 364-7000

| 577990.1/0202261 | 3 | ORDER |
|---|---|---|