ORIGINAL FILED

JAN - 4 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BRYAN CAVE LLP
Sean K. McElenney, 160988
Two N. Central Avenue, Suite 2200
Phoenix, AZ 85004-4406
Telephone: (602) 364-7000
Facsimile: (602) 364-7070
Email: skmcelenney@bryancave.com

Attorney for Plaintiffs
bebe stores, inc. and bebe studio, inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

bebe stores, inc., a California corporation; and bebe studio, inc., a California corporation,

    Plaintiffs,

vs.

forever 21, Inc., a Delaware corporation; forever 21 Retail, Inc., a California corporation; forever 21 Logistics, LLC, a Delaware limited liability company; and forever XXI, Inc., a California corporation,

    Defendants.

Case No. C 07 0035 MJJ

**COMPLAINT FOR COPYRIGHT INFRINGEMENT, UNFAIR COMPETITION AND TORTIOUS INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE**

**DEMAND FOR JURY TRIAL**

    Plaintiffs, bebe stores, inc. and bebe studio, inc. (collectively, "bebe"), complain in this action against forever 21, Inc., forever 21 Retail, Inc., forever 21 Logistics, LLC, and forever XXI, Inc. as follows:

### PARTIES

    1.    bebe stores, inc. is a corporation organized and existing under the laws of the State of California, with its principal place of business at 400 Valley Drive, Brisbane, California 94005.

1    2.    bebe studio, inc. is a corporation organized and existing under the laws of the State of California, with its principal place of business at 400 Valley Drive, Brisbane, California 94005.

3.    forever 21, Inc. is a Delaware corporation, with its principal place of business and executive offices at 2001 South Alameda Street, Los Angeles, California 90058. forever 21, Inc. is doing business throughout the State of California through its retail stores and web sites, with multiple retail store locations in this District.

4.    forever 21 Retail, Inc. is a California corporation, with its principal place of business and executive offices at 2001 South Alameda Street, Los Angeles, California 90058. forever 21 Retail, Inc. is doing business throughout the State of California through its retail stores and web sites, with multiple retail store locations in this District.

5.    forever 21 Logistics, LLC is a Delaware corporation, with its principal place of business and executive offices at 9 East Lookerman Street, Dover, Delaware 19901. forever 21 Logistics, LLC is doing business throughout the State of California and in this District.

6.    forever XXI, LLC is a California corporation, with its principal place of business and executive offices at 2001 South Alameda Street, Los Angeles, California 90058. forever XXI, LLC is doing business throughout the State of California through its retail stores and web sites, with multiple retail store locations in this District.

7.    forever 21, Inc., forever 21 Retail, Inc., forever 21 Logistics, LLC, and forever XXI, LLC shall be referred to collectively in this complaint as "forever 21."

## JURISDICTION AND VENUE

8.    This action is for: (a) the infringement of United States Copyright Registrations, pursuant to the laws of the United States, 17 U.S.C. §§ 101 et seq.; (b) unfair competition in violation of Cal. Bus. & Prof. Code §§ 17200 et seq.; and (c) tortious interference with prospective economic advantage in violation of California common law. Subject matter jurisdiction for the claim of copyright infringement is proper

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA 85004-4406
(602) 364-7000

1  in this Court pursuant to 28 U.S.C. §§ 1331 and 1338. Supplemental jurisdiction for the claims of unfair competition and tortious interference with prospective economic advantage is proper in this Court pursuant to 28 U.S.C. § 1367 because these claims form part of the same case or controversy as the claim for copyright infringement.

9. General and specific personal jurisdiction are proper over forever 21 in this District because of forever 21's (a) pervasive and systematic business activity within the District, (b) sales of the infringing articles within the District, and (c) knowing harm of bebe in this District by knowing placement of infringing articles into the stream of commerce for sale within this District and by engaging in unfair competition and tortious interference with prospective economic advantage in this District.

10. Venue is proper in this District pursuant to 28 U.S.C. § 1400(A).

### INTRA-DISTRICT ASSIGNMENT

11. Because this action is an Intellectual Property Action within the meaning of Civil Local Rule 3-2(C), the action is to be assigned on a District-wide basis.

### FACTUAL BACKGROUND

12. bebe owns United States Copyright Registration No. VA 1-385-194, which is dated November 28, 2006, covers a print design on fabric, and is entitled "Tulip Field." A copy of Registration No. VA 1-385-194, with deposit depicting the claimed design, is attached hereto as Exhibit A.

13. bebe owns United States Copyright Registration No. VA 1-385-195, which is dated November 28, 2006, covers a print design on fabric, and is entitled "Wavy Tulip." A copy of Registration No. VA 1-385-195, with deposit depicting the claimed design, is attached hereto as Exhibit B.

14. bebe owns United States Copyright Registration No. VA 1-385-192, which is dated November 28, 2006, covers a print design on fabric, and is entitled "Conna." A copy of Registration No. VA 1-385-192, with deposit depicting the claimed design, is attached hereto as Exhibit C.

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2200
PHOENIX, ARIZONA 85004-4406
(602) 364-7000

15. bebe owns United States Copyright Registration No. VA 1-385-197, which is dated November 28, 2006, covers a design utilized on clothing, and is entitled "Eyelet." A copy of Registration No. VA 1-385-197, with deposit depicting the claimed design, is attached hereto as Exhibit D.

16. bebe owns United States Copyright Registration No. VA 1-363-651, which is dated May 25, 2006, covers a design utilized on clothing and is entitled "Sequin Bead Floral V-Neck Cami." A copy of Registration No. VA 1-363-651, with deposit depicting the claimed design, is attached hereto as Exhibit E.

17. bebe owns United States Copyright Registration No. VA 1-363-650, which is dated May 25, 2006, covers a design utilized on clothing, and is entitled "Sequin Bead Floral Front V-Neck Cami." A copy of Registration No. VA 1-363-650, with deposit depicting the claimed design, is attached hereto as Exhibit F.

18. bebe owns United States Copyright Registration No. VA 1-385-196, which is dated November 28, 2006, covers a print design on fabric, and is entitled "Tilla." A copy of Registration No. VA 1-385-196, with deposit depicting the claimed design, is attached hereto as Exhibit G.

19. bebe owns United States Copyright Registration No. VA 1-385-193, which is dated November 28, 2006, covers a print design on fabric, and is entitled "Modern Indochine." A copy of Registration No. VA 1-385-193, with deposit depicting the claimed design, is attached hereto as Exhibit H.

20. Founded in 1976, bebe designs, develops and produces a distinctive line of contemporary women's apparel and accessories, which it markets under the "bebe," "BEBE SPORT," and "bebe O" brand names. bebe currently operates 244 stores, of which 184 are bebe stores, 20 are bebe outlet stores and 40 are bebe SPORT stores. These stores are located in the United States, Puerto Rico and Canada, with additional licensed stores in Greece, Israel, Thailand and Singapore. In addition, bebe operates an on-line store at www.bebe.com.

21. bebe's target customers are women between the ages of 21 and 35 who seek current fashion trends interpreted to suit their needs. The "bebe look" with that signature hint of sensuality, appeals to the hip, sophisticated and body conscious woman who takes pride in her appearance. Celebrities are among bebe's fashionable clientele list. They include Alicia Keys, Britney Spears, Destiny's Child, Ciara, Eva Longoria, Paris Hilton, Shakira, Virginia Madsen, Gabrielle Union, Jennifer Lopez and Mischa Barton.

22. Upon information and belief, forever 21 was originally founded as "FASHION 21" many years after bebe had already established itself as a fashion trendsetter. Eventually, "FASHION 21" changed its name to "forever 21," and as part of its name change, forever 21 even changed the look of its name by abandoning the use of all capital letters and copying the hip and sophisticated, all lower case lettering that bebe had been using since 1976. As an example, the upper left-hand corner of forever 21's website at www.forever21.com shows forever 21's prominent use of all lower case letters in its name.

23. Furthermore, as its name suggests, forever 21 targets the same young customers that bebe targets. For example, forever 21's website states on its "frequently asked questions" or "FAQ's" webpage at http://www.forever21.com/forever/faq.asp that its target customers are "young [female] customers" as well as those women who are "young at heart."

24. bebe sold the designs identified in paragraphs 12-19 above ("Copyrighted Designs") as part of its line of apparel in its retail stores. bebe's Copyrighted Designs were part of bebe-branded garments sold in bebe stores throughout the United States, internationally, and at www.bebe.com.

25. Not only did forever 21 copy the hip and sophisticated, all lower case lettering style of bebe's name, but in or about 2006, bebe became aware of forever 21's sale of garments ("Infringing Garments") bearing designs ("Knock-Off Designs") that

were identical or virtually identical to bebe's Copyrighted Designs on garments sold by bebe.

26. forever 21's Knock-Off Designs were placed on garments sold by forever 21 and are identical, virtually identical, substantially similar and/or strikingly similar to bebe's Copyrighted Designs that are the subject of bebe's copyright registrations identified in paragraphs 12-19 above. The following subparagraphs compare bebe's Copyrighted Designs on its garments to forever 21's Knock-Off Designs on the Infringing Garments:

   a. As shown in Exhibit I, bebe sells a Smocked Tie Strap Dress with the copyrighted and registered "Tulip Field" design, as identified previously in paragraph 12 above and in Exhibit A, and forever 21 sells a "DRESS/SHRT LNGTH/DRS/SLVLS/N/A/" with an identical, virtually identical, substantially similar and/or strikingly similar design.

   b. As shown in Exhibit J, bebe sells a Kimono Dress with the copyrighted and registered "Wavy Tulip" design, as identified previously in paragraph 13 above and in Exhibit B, and forever 21 sells a "SHRT LNGHT DRS/3/BLACK/WHITE" with an identical, virtually identical, substantially similar and/or strikingly similar design.

   c. As shown in Exhibit K, bebe sells a Cap Sleeve Amanda with the copyrighted and registered "Conna" design, as identified previously in paragraph 14 above and in Exhibit C, and forever 21 sells a "WOVEN TOP/WOVEN SHIRT/SSLV/N/A" with an identical, virtually identical, substantially similar and/or strikingly similar design.

   d. As shown in Exhibit L, bebe sells an Embroidered Eyelet Top With Belt with the copyrighted "Eyelet" design, as identified previously in paragraph 15 above and in Exhibit D, and forever 21 sells a "WOVEN TOP/SLVLS/RED/TAUPE" with an identical, virtually identical, substantially similar and/or strikingly similar design.

   e. As shown in Exhibit M, bebe sells a V Detailed Beaded Cami with the copyrighted "Sequin Floral Front V Neck Cami" design, as identified previously in paragraph 16 above and in Exhibit E, and forever 21 sells a "WOVEN TOP/WOVEN TOP/SPAGHETTI/N/A" with an identical, virtually identical, substantially similar and/or strikingly similar design.

   f. As shown in Exhibit N, bebe sells a V Neck Beaded Cami Tank with the copyrighted "Sequin Bead Floral V Neck Cami" design, as identified previously in paragraph 17 above and in Exhibit F, and forever 21 sells a "WOVEN TOP/WOVEN TOP/SPAGHETTI/N/A" with an identical, virtually identical, substantially similar and/or strikingly similar design.

   g. As shown in Exhibit O, bebe sells a Print Kimono With Solid Border with the copyrighted "Tilla" design, as identified previously in paragraph 18 above and in Exhibit G, and forever 21 sells a "WOVEN TOP/HALTER/TAUPE/BLACK/RED" with an identical, virtually identical, substantially similar and/or strikingly similar design.

   h. As shown in Exhibit P, bebe sells a Print Kimono With Solid Border with the copyrighted and registered "Modern Indochine" design, as identified previously in paragraph 19 above and in Exhibit H, and forever 21 sells a "WOVEN TOP/CAPSLV/BLACK./RED/ORANGE" with an identical, virtually identical, substantially similar and/or strikingly similar design.

 27. bebe also sold other garments having other custom designs ("Custom Designs") that were similarly part of bebe's line of apparel in its retail stores throughout the United States. bebe's Custom Designs were part of bebe-branded garments sold in bebe stores throughout the United States, internationally, and at www.bebe.com.

 28. Also in or about 2006, bebe became aware of forever 21's sale of additional Infringing Garments bearing other Knock-Off Designs that were identical or virtually identical to bebe's Custom Designs on garments sold by bebe.

29.     The Knock-Off Designs of the Infringing Garments sold by forever 21 were placed on garments and are identical, virtually identical, substantially similar and/or strikingly similar to bebe's Custom Designs. The following subparagraphs compare bebe's Custom Designs to forever 21's Knock-Off Designs on the Infringing Garments:

a.     As shown in Exhibit Q, bebe sells a Printed Full Tie Skirt with the custom "Vivienne" design, and forever 21 sells a "KNEE LNGHT SKIRT/BLACK/WHITE/AQUA" with an identical, virtually identical, substantially similar and/or strikingly similar design.

b.     As shown in Exhibit R, bebe sells a Panel Cut Out Zebra Cami with the custom "Panel Cut Out Zebra" design, and forever 21 sells a "WOVEN TOP/SPAGHE/BLACK/WHITE" with an identical, virtually identical, substantially similar and/or strikingly similar design.

c.     As shown in Exhibit S, bebe sells a Smocked Tie Strap Dress with the custom "Coba" design, and forever 21 sells a "DRESS KNEE LNGTH/DRS/SLVLS/N/A" with an identical, virtually identical, substantially similar and/or strikingly similar design.

d.     As shown in Exhibit T, bebe sells a Asprin Polka Dot Dress with the custom "Polka Dot / Solid Style" design, and forever 21 sells a "DRESS KNEE LNGTH/DRS/SSLVS/N/A" with an identical, virtually identical, substantially similar and/or strikingly similar design.

e.     As shown in Exhibit U, bebe sells a Lace Sleeve Pin Tuck Bib Shirt with the custom "Bib" design, and forever 21 sells a "WOVEN TOP/CAPSLV" with an identical, virtually identical, substantially similar and/or strikingly similar design.

f.     As shown in Exhibit V, bebe sells a Stripe Shirt Vest Short Sleeve with the custom "Stripe / Solid" design, and forever 21 sells a WOVEN TOP/WOVEN TOP/3QSLV/N/A with an identical, virtually identical, substantially similar and/or strikingly similar design.

g. As shown in Exhibit W, bebe sells a Ruched Bustier with Bows with the custom "Ruched Bustier" design, and forever 21 sells a "WOVEN TOP/WOVEN TOP/SLVLS/N/A" with an identical, virtually identical, substantially similar and/or strikingly similar design.

h. As shown in Exhibit X, bebe sells a Smocked Rose Belt with the custom "Rose" design, and forever 21 sells a "BELT Black/Silver" with an identical, virtually identical, substantially similar and/or strikingly similar design.

i. As shown in Exhibit Y, bebe sells a Crossover Cami with Panels with the custom "Panel" design, and forever 21 sells a "WOVEN TOP/WOVEN TOP/SPAGHETTI/N/A" with an identical, virtually identical, substantially similar and/or strikingly similar design.

j. As shown in Exhibit Z, bebe sells a Matte/Shiny V-Neck Blouson with the custom "Matte/Shiny V-Neck" design, and forever 21 sells a "WOVEN TOP/WOVEN TOP/SPAGHETTI/N/A" with an identical, virtually identical, substantially similar and/or strikingly similar design.

k. As shown in Exhibit AA, bebe sells a Twist Neck & Strap Top with the custom "Twist Neck & Strap" design, and forever 21 sells a "WOVENTOP/SPAGHE/AQUA" with an identical, virtually identical, substantially similar and/or strikingly similar design.

l. As shown in Exhibit BB, bebe sells a Cowl Neck Ruched Body Halter with the custom "Cowl Neck Ruched Body" design, and forever 21 sells a KNIT TOP/HALTER/CREAM with an identical, virtually identical, substantially similar and/or strikingly similar design.

m. As shown in Exhibit CC, bebe sells a V-Neck Halter Top with Band with the custom "V-Neck and Band" design, and forever 21 sells a "WOVEN TOP/HALTER/BLACK/PINK" with an identical, virtually identical, substantially similar and/or strikingly similar design.

n. As shown in Exhibit DD, bebe sells a Dip Dye Cami with the custom "Dip Dye" design, and forever 21 sells a "WOVENTOP/WOVEN TOP/SPAGHETTI/N/A/CREAM/PINK/HOT PINK" with an identical, virtually identical, substantially similar and/or strikingly similar design.

o. As shown in Exhibit EE, bebe sells a Raw Trim X Front Halter with the custom "Raw Trim X" design, and forever 21 sells a "WOVEN TOP/WOVEN TOP/HALTER/N/A" with an identical, virtually identical, substantially similar and/or strikingly similar design.

p. As shown in Exhibit FF, bebe sells a Fold Up Cuff 2Fer with the custom "Woven Basket" design, and forever 21 sells a "WOVEN TOP/3QSLV/BLACK/CREAM" with an identical, virtually identical, substantially similar and/or strikingly similar design.

q. As shown in Exhibit GG, bebe sells a Cami with Charmeuse with the custom "Charmeuse" design, and forever 21 sells a "SWEATER/SWTR TOP/SPAGHETTI/N/A" with an identical, virtually identical, substantially similar and/or strikingly similar design.

r. As shown in Exhibit HH, bebe sells a Knit Tank with Bow with the custom "Knit and Bow" design, and forever 21 sells a "KNIT TOP/KNI TOP/SPAGHETTI/N/A" with an identical, virtually identical, substantially similar and/or strikingly similar design.

s. As shown in Exhibit II, bebe sells a Print Tube Top with the custom "Sunflower Peck" design, and forever 21 sells a "KNIT TOP/TUBE/BLACK/CRÈME" with an identical, virtually identical, substantially similar and/or strikingly similar design.

t. As shown in Exhibit JJ, bebe sells a red Print Kimono With Print Border with the custom "Modern Indochine" design and the custom "Tilla" design, and forever 21 sells a "WOVEN TOP/CAPSLV/BLACK/RED/ORANGE" with an identical, virtually identical, substantially similar and/or strikingly similar design.