# EXHIBIT D

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

REG  VA 1-385-197

EFFECTIVE DATE OF REGISTRATION

11 / 28 / 06
Month / Day / Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

Title of This Work ▼ : Eyelet

NATURE OF THIS WORK ▼ See instructions : Design Utilized On Clothing

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2**

NAME OF AUTHOR ▼
a  bebe Studio, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
     Domiciled in United States

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map           ☐ Technical drawing
☑ 2-Dimensional artwork      ☐ Photograph    ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

Name of Author ▼
b

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
     Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes  ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map           ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph    ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**3**

a  Year in Which Creation of This Work Was Completed  2005
   Year   in all cases.

b  Date and Nation of First Publication of This Particular Work
   Complete this information ONLY if this work has been published.
   Month April   Day 3   Year 2006
   United States   Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

bebe Studio Inc.
400 Valley Dr., Brisbane CA 94005

APPLICATION RECEIVED
NOV 2 8 2006

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
NOV 2 8 2006

FUNDS RECEIVED

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                • See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

|  |  |
|---|---|
| EXAMINED BY [signature] | FORM VA |
| CHECKED BY |  |
| ☐ CORRESPONDENCE<br>    Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5** **PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☑ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**6** **DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions before completing this space.

**7** **DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼          Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Lawrence Smith, Esq., Vice President, General Counsel
bebe Stores Inc. 400 Valley Drive Brisbane, CA 94005

Area code and daytime telephone number ( 415 ) 657.4437          Fax number ( 415 ) 657.4424
Email  lsmith@bebe.com

**8** **CERTIFICATION\*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  bebe Studio, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Lawrence Smith                                                            Date  11/16/06

Handwritten signature (X) ▼
X [signature]

**9**
Certificate will be mailed in window envelope to this address:
Name ▼
Lawrence Smith, Esq.
Number/Street/Apt ▼
400 Valley Drive
City/State/ZIP ▼
Brisbane, CA 94005

• Complete all necessary spaces
• Sign your application in space 8
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

\*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA  Rev: 07/2006  Print: 07/2006 —30,000  Printed on recycled paper                    U.S. Government Printing Office: 2004-320-958/60,128





Case 3:07-cv-00035-MJJ    Document 26-5    Filed 06/07/2007    Page 5 of 10



# EXHIBIT E

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



Form VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-363-651

EFFECTIVE DATE OF REGISTRATION
5-25-06
Month / Day / Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**  Title of This Work ▼: Sequin Bead Floral V-Neck Cami
   NATURE OF THIS WORK ▼ See Instructions: Design utilized on clothing

   Previous or Alternative Titles ▼

   Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

   If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2**  NAME OF AUTHOR ▼: bebe studio, inc.
   DATES OF BIRTH AND DEATH Year Born ▼   Year Died ▼

   Was this contribution to the work a "work made for hire"?
   ☒ Yes
   ☐ No

   Author's Nationality or Domicile Name of Country
   Citizen of __United States__
   Domiciled in _____

   Was This Author's Contribution to the Work
   Anonymous?    ☐ Yes  ☐ No
   Pseudonymous? ☐ Yes  ☐ No
   If the answer to either of these questions is "Yes," see detailed instructions.

   Nature of Authorship Check appropriate box(es). See Instructions
   ☐ 3-Dimensional sculpture    ☐ Map         ☐ Technical drawing
   ☒ 2-Dimensional artwork      ☐ Photograph  ☐ Text
   ☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

   **NOTE** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

   Name of Author ▼
   Dates of Birth and Death Year Born ▼   Year Died ▼

   Was this contribution to the work a "work made for hire"?
   ☐ Yes
   ☐ No

   Author's Nationality or Domicile Name of Country
   Citizen of _____
   Domiciled in _____

   Was This Author's Contribution to the Work
   Anonymous?    ☐ Yes  ☐ No
   Pseudonymous? ☐ Yes  ☐ No
   If the answer to either of these questions is "Yes," see detailed instructions.

   Nature of Authorship Check appropriate box(es). See Instructions
   ☐ 3-Dimensional sculpture    ☐ Map         ☐ Technical drawing
   ☐ 2-Dimensional artwork      ☐ Photograph  ☐ Text
   ☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**3 a** Year in Which Creation of This Work Was Completed: 2004  This information must be given Year in all cases.
   **b** Date and Nation of First Publication of This Particular Work Complete this information ONLY if this work has been published. Month September  Day 11  Year 2004  Nation

**4**  COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
   bebe studio, inc.
   400 Valley Drive, Brisbane, CA 94005

   APPLICATION RECEIVED  MAY 2 5 2006
   ONE DEPOSIT RECEIVED  MAY 2 5 2006
   TWO DEPOSITS RECEIVED
   FUNDS RECEIVED

   Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☑ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼       **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                        **Account Number** ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

bebe Legal Department
400 Valley Drive, Brisbane, CA  94005

Area code and daytime telephone number  ( 415 ) 715-3900        Fax number  ( 415 ) 657-4424
Email   legal@bebe.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  bebe studio, inc.
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Yupo Liu                                                        Date  5-18-06

Handwritten signature (X) ▼
X

**8**

| Certificate will be mailed in window envelope to this address: | Name ▼ bebe Attn: Legal Department |
|---|---|
| | Number/Street/Apt ▼ 400 Valley Drive |
| | City/State/ZIP ▼ Brisbane, CA  94005 |

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—30,000   Web Rev: June 2002   ● Printed on recycled paper                                               U.S. Government Printing Office: 2003-496-605/60,029

