

Exhibit K

bebe Conna

forever 21 knockoff

# EXHIBIT L

Exhibit L (page 1)



bebe Eyelet (front)



forever 21 knockoff



bebe Eyelet (detail)



forever 21 knockoff

Exhibit L (page 2)



bebe Eyelet (back)



forever 21 knockoff

Exhibit L (page 3)

# EXHIBIT M

# Exhibit M (page 1)



bebe Sequin Floral Front V Neck Cami



forever 21 knockoff



bebe Sequin Floral Front V Neck Cami (detail)

forever 21 knockoff

Exhibit M (page 2)

# EXHIBIT N

Exhibit N (page 1)



bebe Sequin Floral Front V Neck Cami



forever 21 knockoff