Exhibit N (page 2)

bebe Sequin Floral Front
V Neck Cami (detail # 1)



forever 21 knockoff (detail #1)



# Exhibit N (page 3)

bebe Sequin Floral Front
V Neck Cami (detail # 2)



forever 21 knockoff (detail # 2)



# EXHIBIT O



bebe Tilla



forever 21 knockoff

Exhibit O

# EXHIBIT P



bebe Modern Indochine



forever 21 knockoff

Exhibit P (page 1)



bebe Modern Indochine



forever 21 knockoff

Exhibit P (page 2)

# EXHIBIT Q

Exhibit Q (page 1)

bebe - Printed Full Tie Skirt
(front) - Style # 24316102-7577



f21 knockoff - Knee Lngth
skirt/Black/White/Aqua (front) - Style
# 30736969



Exhibit Q (page 2)

bebe - Printed Full Tie Skirt
(back) - Style # 24316102-7577



f21knockoff - Knee Lngth
skirt/Black/White/Aqua (back) - Style
# 30736969

