# EXHIBIT R

# Exhibit R (page 1)



bebe - Panel Cut Out Zebra Cami WCT (front) - Style # 65696101-A035

f21knockoff - Woven Top/Spaghe Top/Spaghe/Black/White (front) - Style # 31076755

# Exhibit R (page 2)



bebe - Zebra Panel Cut Out Cami WCT (back) - Style # 65696101-A035



f21knockoff - Woven Top/Spaghe/Black/White (back) - Style # 31076755

# EXHIBIT S

Exhibit S (page 1)



bebe - Smocked Tie Strap Dress (front) - Style # 73853101-8828



f21knockoff - Dress/Knee Lngth DRS/SLVLS/N/A/White/Black (front) - Style # 30129379

# Exhibit S (page 2)



bebe - Smocked Tie Strap Dress (back) - Style # 73853101-8828



f21knockoff - Dress/Knee Lngth DRS/SLVLS/N/A/White/Black (back) - Style # 30129379

# EXHIBIT T

Exhibit T (Page 1)



bebe - Asprn Dot 2Fer Dress (front) - Style # S8923104-8600



f21 knockoff - Dress/Knee Lngth/Drs/Sslv/n/A (front) - Style # 32853472

Exhibit T (page 2)



bebe - Asprn Dot 2Fer Dress (back) - Style # S8923104-8600



f21knockoff - Dress/Knee Lngth/Drs/Sslv/n/A (back) - Style # 32853472

# EXHIBIT U