Exhibit U (page 1)



bebe - LC SLC Pntk Bib Shirt (front) - Style # 43155101-7338



f21knockoff - Woven Top/Capslv (front) - Style # 31889455



bebe - LC SLC Pntk Bib Shirt (back) - Style # 43155101-7338



f21knockoff - Woven Top/Capslv (back) - Style # 31889455

Exhibit U (page 2)

# EXHIBIT V

## Exhibit V (page 1)



bebe - Stripe Shirt Vest Short Sleeve (front) - Style# S8287107-8600



f21knockoff - Woven top/3QSL/N/A (front) - Style # 30435496

Exhibit V (page 2)



bebe - Stripe Shirt Vest Short Sleeve (back) - Style# S8287107-8600



f21 knockoff - Woven top/3QSL/N/A (back) - Style # 30435496

# EXHIBIT W

Exhibit W (page 1)



bebe - Ruched Bstr w/ Bows (front) - Style # 67228101-A060



f21 knockoff - Woven Top/Woven Top/Slvls/N/A (front) - Style # 31779160



bebe - Ruched Bstr w/ Bows (back) - Style # 67228101-A060



f21knockoff - Woven Top/Woven Top/Slvls/N/A (back) - Style # 31779160

Exhibit W (page 2)

# EXHIBIT X

# Exhibit X (page 1)



bebe - Smocked Rose Belt - Style # A2275104-7487



f21knockoff - Belt/black/silver – Style # 068DC03106 - SKU 3003340301 2