

bebe - Smocked Rose Belt (close up) - Style # A2275104-7487



f21 knockoff - Belt/black/silver (close up) – Style # 068DC03106 – SKU 3003403012

Exhibit X (page 2)

# EXHIBIT Y

Exhibit Y (page 1)



bebe - Crossover Cami w/ Panels (front) - Style # 65306101-5430



f21knockoff - Woven top/Spaghetti/N/A (front) - Style # 20344858

# Exhibit Y (page 2)



bebe - Crossover Cami w/ Panels (back) - Style # 65306101-5430



f21 knockoff - Woven top/Spaghetti/N/A (back) - Style # 20344858

# EXHIBIT Z

Exhibit Z (page 1)



bebe - (without brooch in the middle) Matte/Shiny V-Neck Blouson (front) - Style # 64960101-6332



f21 knockoff - Woven top/Spaghetti/N/A (front) - Style # 19535254

# Exhibit Z (page 2)



bebe - (without brooch in the middle) Matte/Shiny V-Neck Blouson (back) - Style # 64960101-6332



f21 knockoff - Woven top/Spaghetti/N/A (back) - Style # 19535254

# EXHIBIT AA

# Exhibit AA (page 1)



bebe - Twist Neck and Strap Top WCT (front) - Style # 65298101-6690



f21knockoff - Woven top/Spaghe/Aqua (front) - Style # 20810419

Case 3:07-cv-00035-MJJ   Document 26-12   Filed 06/07/2007   Page 10 of 10



Exhibit AA (page 2)

bebe - Twist Neck and Strap Top WCT (back) - Style # 65298101-6690

f21 knockoff - Woven top/ Spaghe/Aqua (back) - Style # 20810419