# EXHIBIT BB

Exhibit BB (page 1)

bebe - Cowl Neck Ruched Body Halter (front) - Style # 64833105-5489



f21knockoff - Knit top/Halter/cream (front) - Style # 1928095



# Exhibit BB (page 2)



bebe - Cowl Neck Ruched Body
Halter (back) - Style # 64833105-
5489



f21 knockoff - Knit top/Halter/cream
(back) - Style # 1928099S

# EXHIBIT CC

# Exhibit CC (page 1)

bebe - V Neck Halter Top with band (front) - Style # 64354101-4372



f21 knockoff - Woven top/ Halter/black/pink (front) - Style # 18313882



Exhibit CC (page 2)



bebe - V Neck Halter Top with band (back) - Style # 64354101-4372



f21knockoff - Woven top/ Halter/black/pink (back) - Style # 18313882

# EXHIBIT DD

# Exhibit DD (page 1)



bebe - Dip Dye Cami (front) -
Style # 6421704-5429



f21knockoff - Woven
top/Spaghetti/N/A/Cream/Pink/Hot
Pink (front) - Style # 18568528

# Exhibit DD (page 2)



bebe - Dip Dye Cami (back) -
Style # 64217104-5429



f21knockoff - Woven
top/Spaghetti/N/A/Cream/Pink/Hot
Pink (back) - Style # 18568528

# EXHIBIT EE