Exhibit EE (page 1)



bebe - Raw Trim Cross Front Halter (front) - Style # 64054101-5430



f21 knockoff - Woven top/Spaghetti/N/A (front) - Style # 17942362

# Exhibit EE (page 2)



bebe - Raw Trim Cross Front Halter (back) - Style # 64054101-5430



f21 knockoff - Woven top/Spaghetti/N/A (back) - Style # 17942362

# EXHIBIT FF

Exhibit FF (page 1)



bebe - Fold Up Cuff 2Fer (front) - Style # S8684103-8600



f21 knockoff - Woven Top/3QSLV/Black/Cream (front) - Style # 32987761



Exhibit FF (page 2)

bebe - Fold Up Cuff 2Fer (back) - Style # S8684103-8600

f21 knockoff - Woven Top/3QSLV/Black/Cream (back) - Style # 32987761

# EXHIBIT GG



bebe - Cami w/ Charmeuse (front) - Style # S6835102-9512



f21knockoff - Sweater/swtr/top/spaghetti/N/A (front) - Style # 19198951

Exhibit GG (page 1)

# Exhibit GG (page 2)



bebe - Cami w/ Charmeuse (back) - Style # S6835102-9512



f21knockoff - Sweater/swtr/top/spaghetti/N/A (back) - Style # 19198951

# EXHIBIT HH

## Exhibit HH (page 1)



bebe - Knit Tank with Bow (front) - Style # S6445101-9512



f21knockoff - Knit Top/Knit top/Spaghetti/N/A (front) - Style # 1720474O