Exhibit HH (page 2)

bebe - Knit Tank with Bow
(back) - Style # S6445101-9512



f21knockoff - Knit Top/Knit
top/Spaghetti/N/A (back) - Style #
1720AT40



# EXHIBIT II



Exhibit II (page 1)

bebe - Print Tube Top (front) -
Style# S8337101-8600

f21knockoff - Knit
Top/Tube/black/cream (front) - Style
# 28143295

# Exhibit II (page 2)

bebe - Print Tube Top (back)
Style# S8337101-8600



f21knockoff - Knit
Top/Tube/black/cream (back) - Style
# 28143295



# EXHIBIT JJ

Exhibit JJ (page 1)

bebe - Print Kimono With Print
Border (front) – Style # 67710101-
A253



f21knockoff – Woven Top/CAPSLV/
Black/Red/Orange (front) – Style #
33439003



Exhibit JJ (page 2)

bebe - Print Kimono With Print Border (back) – Style # 67710101-A253



f21knockoff – Woven Top/CAPSLV/ Black/Red/Orange (back) – Style # 33439003



Exhibit JJ (page 3)

bebe - Print Kimono With Print Border (detail) – Style # 67710101-A253



f21knockoff – Woven Top/CAPSLV/ Black/Red/Orange (detail) – Style # 33439003

