1  JEFFER, MANGELS, BUTLER & MARMARO LLP
   PAUL L. WARNER (Bar No. 54757), pwarner@jmbm.com
2  J. T. WELLS BLAXTER (Bar No. 190222), wblaxter@jmbm.com
   Two Embarcadero Center, Fifth Floor
3  San Francisco, California 94111-3824
   Telephone:    (415) 398-8080
4  Facsimile:    (415) 398-5584

5  Attorneys for Defendants
   FOREVER 21, INC., FOREVER 21
6  RETAIL, INC., FOREVER 21 LOGISTICS,
   LLC, AND FOREVER XXI, INC.

7

8

9

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13  bebe stores, inc., a California corporation; and       **CASE NO.    C 07 00035 MJJ**
    bebe studio, inc. a California corporation,

14                Plaintiffs,

15          v.                                              **PROOF OF SERVICE**

16  forever 21, Inc., a Delaware corporation;
    forever 21 Retail, Inc. a California corporation;
17  forever 21 Logistics, LLC, a Delaware limited
    liability company; and forever XXI, Inc., a
18  California corporation,

19                Defendants.

20

21

22

23

24

25

26

27

28

PRINTED ON

RECYCLED PAPER

576655v1

Dockets.Justia.com

1

**PROOF OF SERVICE**

2

**STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO**

3

  I am employed in the City and County of San Francisco, State of California.  I am over the age of 18 and not a party to the within action; my business address is:  Two Embarcadero Center, 5th Floor, San Francisco, California 94111.

4

5

  On June 8, 2007 I served the document(s) described as:

6

**ANSWER OF DEFENDANTS FOREVER 21, INC., FOREVER 21 RETAIL, INC., FOREVER 21 LOGISTICS, LLC, FOREVER XXI, INC., AND FOR LOVE 21 TO AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT**

7

8

  in this action by placing the true copies thereof enclosed in sealed envelopes addressed as follows:

9

**Sean K. McElenney, Esq.**

10

**Bryan Cave LLP**
**Two N. Central Avenue, Suite 2200**

11

**Phoenix, AZ  85004-4406**

12

☒ (BY MAIL) I am "readily familiar" with the firm's practice for collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

13

14

15

16

☒ BY ELECTRONIC SERVICE TRANSMISSION  via U.S. District Court, Northern Division, Case Management/Electronic Case Files, Filing System to the above-listed document(s) to the e-mail addresses of the addressee(s) by use as identified and maintained therein.

17

18

☐ (BY FAX) At  , I transmitted, pursuant to Rule 2.306, the above-described document by facsimile machine (which complied with Rule 2003(3)), to the above-listed fax number(s). The transmission originated from facsimile phone number (415) 398-5584 and was reported as complete and without error. The facsimile machine properly issued a transmission report, a copy of which is attached hereto.

19

20

21

☐ (BY OVERNIGHT DELIVERY) I caused said envelope(s) to be delivered overnight via an overnight delivery service in lieu of delivery by mail to the addressee(s).

22

23

  Executed on June 8, 2007 at San Francisco, California.

24

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

25

26

      /s/ Angela Pereira

27

       Angela Pereira

28

PRINTED ON

RECYCLED PAPER

576655v1

1

<u>SERVICE LIST</u>

2

Sean K. McElenney, Esq.
Bryan Cave LLP
Two N. Central Avenue, Suite 2200
Phoenix, AZ  85004-4406

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PRINTED ON

RECYCLED PAPER

576655v1