**FILED**

JUL 0 3 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**E-filing**

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| bebe stores, inc., | No. C 07-00035 MJJ ENE |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| forever 21 Inc, | |
| Defendant(s). | |

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☐ Mediation or ☒ ENE session on (date) 6/27/2007

2. Did the case settle?    ☐ fully    ☐ partially    ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☒ no

4. **IS THIS ADR PROCESS COMPLETED?**    ☒ YES    ☐ NO

Dated: 6/27/2007

*Andrew P. Bridges*
Evaluator, Andrew P. Bridges
Winston & Strawn, LLP
101 California St., Suite 3900
San Francisco, CA 94111

**Certification of ADR Session**
07-00035 MJJ ENE