JEFFER, MANGELS, BUTLER & MARMARO LLP
PAUL L. WARNER (Bar No. 54757), *pwarner@jmbm.com*
MATTHEW S. KENEFICK (Bar No. 227298), *mkenefick@jmbm.com*
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3824
Telephone: (415) 398-8080
Facsimile: (415) 398-5584

Attorneys for Defendants
FOREVER 21, INC., FOREVER 21 RETAIL, INC.,
FOREVER 21 LOGISTICS, LLC, AND
FOREVER XXI, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| bebe stores, inc., a California corporation; and bebe studio, inc. a California corporation,,<br><br>Plaintiff,<br><br>v.<br><br>forever 21, Inc., a Delaware corporation; forever 21 Retail, Inc. a California corporation; forever 21 Logistics, LLC, a Delaware limited liability company; and forever XXI, Inc., a California corporation,,<br><br>Defendants. | CASE NO. C 07 00035 MJJ<br><br>**SUBSTITUTION OF ATTORNEY**<br>AND ORDER<br><br>Judge: Hon. Martin J. Jenkins<br>Complaint filed: January 4, 2007 |

Defendants Forever 21, Inc., Forever 21 Retail, Inc., Forever 21 Logistics LLC, and Forever XXI, Inc. hereby substitute Matthew S. Kenefick of Jeffer, Mangels, Butler & Marmaro LLP in place of J.T. Wells Blaxter of Jeffer, Mangels, Butler & Marmaro LLP.

The undersigned consents to the above substitution.

DATED: January 22, 2008        JEFFER, MANGELS, BUTLER & MARMARO LLP


By: /s/ J. T. Wells Blaxter
  J. T. WELLS BLAXTER, ESQ.
Attorneys for Defendant Forever 21 Retail, Inc.,
Forever 21 Logistics LLC, and Forever XXI, Inc.

The undersigned is duly admitted to practice in the Northern District of California and accepts the above substitution.

DATED: January 22, 2008

JEFFER, MANGELS, BUTLER & MARMARO LLP

By: /s/ Matthew S. Kenefick
MATTHEW S. KENEFICK, ESQ.
Attorneys for Defendants Forever 21 Retail, Inc.,
Forever 21 Logistics LLC, and Forever XXI, Inc.



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Martin J. Jenkins
1/23/2008